IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

MICHAEL ANTHONY KING                                             PLAINTIFFS

VS.                                                      CIVIL ACTION NO. 2:11cv16-P-S

W.W. GRAINGER, INC.                                              DEFENDANT

## **ORDER**

This matter comes before the court upon the motions of the plaintiff to add documents to the record (#'s 22, 23). While the motion is somewhat unclear and documents don't typically get "added to a case," this is a pro se litigant, and it appears he is simply attempting to produce the documents as some form of disclosure. Because no party can be prejudiced by the relief sought, it shall be GRANTED

This, the 29th day of March, 2011.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE