IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

MICHAEL ANTHONY KING                                                    PLAINTIFFS

VS.                                                                     CIVIL ACTION NO. 2:11cv16-P-S

W.W. GRAINGER, INC.                                                     DEFENDANT

**ORDER STAYING DISCOVERY**

This matter is before the Court on the Motion of Plaintiff Michael Anthony King to issue and have the clerk of court serve a subpoena for documents on Defendant W. W. Grainger (# 34). Rule 26(d)(1) of the Federal Rules of Civil Procedure provides that a party may not seek discovery before the case management conference, according to the scheduling order entered by the court. The case management conference is currently set for May 2, 2011.

Accordingly, it is therefore, ORDERED that plaintiffs motion to issue and serve a subpoena (#34) is hereby DENIED. The parties are instructed that discovery will commence when a scheduling order is entered following the May 2, 2011 case management conference.

SO ORDERED, this the 6th day of April, 2011.

/s/David A. Sanders
UNITED STATES MAGISTRATE JUDGE