IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

MICHAEL ANTHONY KING                                    PLAINTIFFS

VS.                                              CIVIL ACTION NO. 2:11cv16-P-S

W.W. GRAINGER, INC.                                         DEFENDANT

**ORDER**

This matter comes before the court on the motions of the plaintiff to amend the statement of Jeff Billings referenced in the complaint (# 31) and to add a witness and a statement (#36). While the motion is somewhat unclear and documents do not typically get "added to a case," this is a pro se litigant, and it appears he is simply attempting to produce the statements as some form of disclosure. Because no party can be prejudiced by the relief sought, it shall be GRANTED. However, **the court directs plaintiff to refrain from filing additional "amendments" until after the May 2, 2011 case management conference.**

This, the 6th day of April, 2011.

                                                                  /s/ David A. Sanders
                                                                   UNITED STATES MAGISTRATE JUDGE