IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

MICHAEL ANTHONY KING                                                PLAINTIFFS

VS.                                                        CIVIL ACTION NO. 2:11cv16-P-S

W.W. GRAINGER, INC.                                                 DEFENDANT

**ORDER**

This matter is before the court on motion of the defendant to strike the plaintiff's response to defendant's answer to plaintiff's complaint and amended complaint (# 45). In the present case, the plaintiff filed a reply to the defendant's answer to the complaint and the amended complaint on April 5 and 6, 2011. Rule 7(a) of the Federal Rules of Civil provides that a reply to an answer is not permitted unless ordered by the Court. This court did not order plaintiff to reply to either answer filed by defendant. As such the defendant's motion is well taken.

IT IS, THEREFORE, ORDERED that the defendant's motion to strike the plaintiff's reply to the complaint and the amended complaint (# 45) is hereby GRANTED.

SO ORDERED, this the 13th day of April, 2011.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE