**IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**MICHAEL ANTHONY KING**                                                                           **PLAINTIFF**

**v.**                                         **CIVIL ACTION NO. 2:11CV00016-WAP-JMV**

**W. W. GRAINGER, INC.**                                                                 **DEFENDANT**

**ORDER**

Before the court is the defendant's motion to strike (# 159) the plaintiff's response to its motion for summary judgment. On December 28, 2011, the plaintiff filed a response and memorandum (# 156 & 157) of fifty-five single space pages in contravention of L.U.Civ.R. 7(b)(5) which permits no more than thirty-five pages. Accordingly, the instant motion is GRANTED, and the plaintiff's response and memorandum in opposition to the defendant's motion for summary judgment are hereby stricken. **However, the plaintiff is granted three (3) days from this date to file a response that complies with the page limitation of Rule 7(b)(5). Additionally, plaintiff's response must be double-spaced. The defendant shall file an expedited reply, within three (3) days of the filing of plaintiff's response.** Finally, because the plaintiff has repeatedly violated and ignored the rules of this court, should he fail to file his response within the time allowed herein, the court will consider only the evidence currently of record in deciding the defendant's motion for summary judgment.

      **SO ORDERED** this 3rd day of January, 2012.

                                                                    /s/ Jane M. Virden
                                                                    UNITED STATES MAGISTRATE JUDGE